IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01681-REB-KLM

MECHANICAL & PIPING, INC.,

    Plaintiff,

v.

AMCO INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 17; Filed February 5, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order supplied by the parties and contained within the body of the Motion is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: February 6, 2013