**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01681-REB-KLM

MECHANICAL & PIPING, INC.,

    Plaintiff,

v.

AMCO INSURANCE COMPANY,

    Defendant.

**MINUTE ORDER**[1]

    The matter before the court is **Mechanical & Piping, Inc.'s Unopposed Motion For Stay of Briefing Re: AMCO's Motion For Summary Judgment** [#21] filed February 15, 2013. By this motion, plaintiff requests a stay of the briefing on **Defendant AMCO Insurance Company's Motion For Summary Judgment** [#16] filed January 31, 2013, for the parties to conduct additional discovery in this matter prior to responding to the motion.

    Given the extensive nature of the anticipated discovery that has yet to occur, and cognizant of the fact that the deadline for dispositive motions in this case is May 29, 2013, it seems possible - -indeed, likely - - that the landscape of the case may be altered significantly by the proposed discovery. Therefore, court is of the opinion that the interests of all concerned (including this court) will be best served if the currently pending motion for summary judgment is denied without prejudice, subject to refiling after the underlying facts of the case have been more fully developed, thus mooting the motion to stay briefing thereon.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendant AMCO Insurance Company's Motion For Summary Judgment** [#16] filed January 31, 2013, is **DENIED WITHOUT PREJUDICE**; and

    2. That **Mechanical & Piping, Inc.'s Unopposed Motion For Stay of Briefing**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**Re: AMCO's Motion For Summary Judgment** [#21] filed February 15, 2013, is **DENIED** as moot.

Dated: February 20, 2013