**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01681-REB-KLM

MECHANICAL & PIPING, INC.,

    Plaintiff,

v.

AMCO INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#25][1] filed April 11, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice, each party to pay its own costs and attorney's fees.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#25] filed April 11, 2013, is **GRANTED**;

2.  That the Final Pretrial Conference and Trial Preparation Conference set August 9, 2013, are **VACATED**;

3.  That the jury trial set to commence August 26, 2013, is **VACATED**; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 12, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge